# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    Darrin J Rice
    Christy L Rice
        Debtor(s)

Case No. 14-35818

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/01/2014.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 01/16/2015.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $7,821.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

```
┌─────────────────────────────────────────────────────────────────────────┐
│ Receipts:                                                                 │
│                                                                           │
│        Total paid by or on behalf of the debtor        $0.00              │
│        Less amount refunded to debtor                  $0.00              │
│                                                                           │
│ NET RECEIPTS:                                                      $0.00   │
└─────────────────────────────────────────────────────────────────────────┘
```

```
┌─────────────────────────────────────────────────────────────────────────┐
│ Expenses of Administration:                                               │
│                                                                           │
│        Attorney's Fees Paid Through the Plan           $0.00              │
│        Court Costs                                     $0.00              │
│        Trustee Expenses & Compensation                 $0.00              │
│        Other                                           $0.00              │
│ TOTAL EXPENSES OF ADMINISTRATION:                                 $0.00   │
│                                                                           │
│ Attorney fees paid and disclosed by debtor:         $0.00                 │
└─────────────────────────────────────────────────────────────────────────┘
```

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL DBA GM | Secured | 26,105.00 | NA | NA | 0.00 | 0.00 |
| DIVISION OF CHILD SUPPORT KY | Priority | 8,000.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Secured | 6,800.00 | NA | NA | 0.00 | 0.00 |
| ABA | Unsecured | 6,021.00 | NA | NA | 0.00 | 0.00 |
| ABA | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| ABA | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 3,325.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CBS COL LEX/LISA HORN | Unsecured | 2,306.00 | NA | NA | 0.00 | 0.00 |
| CBS COL LEX/LISA HORN | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| CRED COLL SVC/PROG AUTO PRO IN | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| CRED COLL B/PSJMC NEUROSCIENC | Unsecured | 549.00 | NA | NA | 0.00 | 0.00 |
| CRED PROT/CAMELOT RADIOLOGY | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| CRED PROT/CAMELOT RADIOLOGY | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/SLM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY FORD | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| FREMONT INVESTMENT & LOAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FST PREMIER | Unsecured | 451.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/TRI ST PULM ASS( | Unsecured | 1,535.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/BELLEFONTE MEI | Unsecured | 1,142.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/NORTHEAST KY I | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/KINGS DAUGHTEI | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTION CO INC/DR JAMES | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/OLBH OUTREACH | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/NORTHEAST KY I | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GLA COLL CO INC/NORTHEAST KY I | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/OLBH OUTREACH | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/NORTHEAST KY I | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/NORTHEAST KY I | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/PROF PATH SVC I | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/NORTHEAST KY I | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/NORTHEAST KY I | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/NORTHEAST KY I | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| GLA COLL CO INC/BELLEFONTE PHY | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| KEYBRIDGE MED REV/CENT OHIO N | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC/WINDSTREAM ( | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING/FIRST PREMIER | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MGMT | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MGMT | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MGMT | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MGMT | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MGMT | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/55/TRI STATE RADIOLOGY I | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/55/TRI STATE RADIOLOGY I | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/55/TRI STATE RADIOLOGY I | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/55/TRI STATE RADIOLOGY I | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYS/ILL STATE TOL | Unsecured | 715.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYS/ILL STATE TOL | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYS/ILL STATE TOL | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/980/ILL STATE TOLL HWY A | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OSI COLL/EMER HEALTHCARE PHYS | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| OSI COLL/EMERGENCY HEALTHCAR | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES PERF/TIME WARNER ( | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLIM FINANCIAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED/FIS/AT | Unsecured | 3,984.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED/FIS/AT | Unsecured | 2,842.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION USA FUNDS/SALLIE MA | Unsecured | 4,001.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/19/2015                     By: /s/ Glenn Stearns
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**